# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05mj245

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KAREEM KERRY FAKHOURY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's Motion to Terminate Probation(#13) and his renewed Motion to Terminate Probation(#14). Having considered defendant's motion and renewed motion and reviewed the pleadings, and it appearing that the government had no objection to the granting of the motion the court enters the following Order. In considering these motions the court has considered the factors as set forth in section 3553(a) and the Federal Rules of Criminal Procedure relating to modification of probation. The defendant has been subject to probation for a period in excess of one year and the termination of probation is warranted by his good conduct and is in the best interest of justice.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Terminate Probation (#13) and his renewed Motion to Terminate Probation (#14) are

**GRANTED,** and probation is **TERMINATED** successfully in this matter.

Signed: October 17, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge