# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05mj245

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KAREEM KERRY FAKHOURY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Personalty. Having considered defendant's motion and reviewed the pleadings, and it appearing that no objection has been interposed within the time allowed, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Personalty (#16) is **GRANTED,** and the United States Pretrial Services Office, District of New Mexico, is directed to return to defendant his passport if such is in its possession.

Signed: March 4, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge